AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JACOB NIEDERQUELL

|  | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| DOSANJH ENTERPRISES, INC., | ) |
| d/b/a 7-ELEVEN, and DAVID PETERSON | ) |
|  | ) |
| *Defendant* |  |

Civil Action No.   2:25-CV-00169-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 122, Defendants' Motion for Summary Judgment, ECF No. 77, is GRANTED as to Mr. Niederquell's federal claims under the Americans with Disabilities Act; Defendants' Motions to strike and for expedited consideration, ECF Nos. 98, 100, 101, 103, are DENIED as moot; Spokane County Sheriff's Office's Motion to Quash, ECF No. 113, is GRANTED, and Mr. Niederquell's supplemental state law claims are REMANDED to Spokane County Superior Court. Judgment as to the federal claims is entered for Defendant.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rebecca L. Pennell.

Date:  7/1/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*